UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **ISLAMIC SOCIETY OF GREATER HOUSTON, INC.,** | § § § § § | |
| **Plaintiff,** | § § | |
| v. | § § | CIVIL ACTION NO. 4:19-cv-03626 |
| **CHURCH MUTUAL INSURANCE COMPANY,** | § § § § § | |
| **Defendant.** | § | |

## JOINT NOTICE OF SETTLEMENT

Plaintiff Islamic Society of Greater Houston, Inc. ("Plaintiff") and Defendant Church Mutual Insurance Company ("Defendant") have reached a settlement in principle for this matter.

Plaintiff and Defendant need time to finalize the settlement documents and will submit a Joint Motion to Dismiss with Prejudice all parties and the entire case within 60 days, contingent on completion of the settlement.

Respectfully submitted,

By: */s/ Lindsey P. Bruning*
　　G. Brian Odom
　　Texas Bar No. 50511840
　　bodom@zelle.com
　　Lindsey P. Bruning
　　Texas Bar No. 24064967
　　lbruning@zelle.com
　　**ZELLE LLP**
　　901 Main Street, Suite 4000
　　Dallas, Texas 75202-3975
　　Telephone:(214) 742-3000
　　Facsimile: (214) 760-8994

　　**ATTORNEYS FOR DEFENDANT**

**CHURCH MUTUAL INSURANCE COMPANY**

*-and-*

By: /s/ *Maria R. Gerguis*
    Maria R. Gerguis
    Southern District Bar No. 3086666
    State Bar No. 24090355
    mgerguis@dalyblack.com
    Richard D. Daly
    State Bar No. 00796429
    rdaly@dalyblack.com
    **DALY & BLACK, P.C.**
    2211 Norfolk St., Suite 800
    Houston, TX  77098
    Telephone:713-655-1405
    Facsimile: 713-655-1587

**ATTORNEYS FOR PLAINTIFF ISLAMIC SOCIETY OF GREATER HOUSTON INCORPORATED**

## CERTIFICATE OF SERVICE

On this 18th day of May 2021, I served a true and correct copy of the foregoing upon all known counsel of record:

Maria R. Gerguis
Southern District Bar No. 3086666
State Bar No. 24090355
mgerguis@dalyblack.com
Richard D. Daly
State Bar No. 00796429
rdaly@dalyblack.com
**DALY & BLACK, P.C.**
2211 Norfolk St., Suite 800
Houston, TX  77098
Telephone:   713-655-1405
Facsimile:    713-655-1587

*COUNSEL FOR PLAINTIFF*

    /s/ *Lindsey P. Bruning*